IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO<br>80 F Street, N.W.<br>Washington, D.C. 20001<br><br>Plaintiff,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION<br>601 South 12th Street<br>Arlington, VA 22202-4220<br><br>Defendant. | **COMPLAINT**<br><br>Civil Action No.<br><br>(FOIA) |

**COMPLAINT**

**PRELIMINARY STATEMENT**

1. This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for appropriate relief, seeking, principally, to compel the defendant Transportation Security Administration (TSA) to disclose certain records improperly withheld from plaintiff/requester American Federation of Government Employees (AFGE).

On April 8, 2008, plaintiff AFGE submitted a FOIA request (Request) seeking records pertaining to Transportation Security Officers' (TSOs) salary rates, performance measures, and other related materials. The Request sought, among other things, records concerning the criteria used to develop and implement the Performance and Accountability Standards System (PASS), as well as data relating to TSA's EEOC Complaints for the years 2006-2008.

AFGE is entitled to the records it seeks. Over eighteen months have passed since the plaintiff filed the Request, and TSA has failed to produce any records in response. There is no legal basis for TSA's refusal to respond to AFGE's Request in a timely fashion. Plaintiff seeks a court order requiring TSA and its components to adequately process AFGE's Request and to release records that have been unlawfully withheld.

**JURISDICTION**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §552(a)(4)(B).

**VENUE**

3. Venue is properly before this Court pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. §552(a)(4)(B).

**PARTIES**

4. Plaintiff American Federation of Government Employees is a labor organization that represents approximately 600,000 federal government employees throughout numerous federal government departments and agencies. Its headquarters is located at 80 F Street, N.W., Washington, D.C. 20001. AFGE represents the interests of employees within its bargaining units by, among other things, negotiating collective bargaining agreements, arbitrating grievances, filing unfair labor practices, lobbying, and litigating employees' collective and individual rights in the federal courts. Over 11,000 TSOs are members of AFGE at airports nationwide, although there is no bargaining unit yet comprised of TSOs.

5. Defendant Transportation Security Administration (TSA) is an agency of the United States within the Department of Homeland Security and is in possession of the records to which plaintiff seeks access.

**FAILURE TO RESPOND TO FOIA REQUEST AND IMPROPER WITHHOLDING OF RECORDS**

6. On April 8, 2008, AFGE's General Counsel sent a letter to Kevin J. Janet, TSA FOIA Officer, requesting access to certain documents, under the Freedom of Information Act.

7. The Request pertained to TSOs' salary rates, performance standards, and other related materials. (*See* Exhibit 1, AFGE's FOIA request letter.)

8. Disclosure of this information is in the public interest because it is likely to contribute significantly to the public's understanding of the operations and activities of TSA, a government agency.

9. AFGE received a letter from TSA FOIA Officer Kevin J. Janet dated May 15, 2008, acknowledging receipt of AFGE's FOIA Request dated April 8, 2008. Additionally, the letter stated that TSA assigned AFGE's FOIA Request identification number TSA08-0506. (*See* Exhibit 2, TSA's Acknowledgement letter.)

10. On June 25, 2008, TSA FOIA Officer Janet responded via electronic message and stated he "anticipate[d] completing our overall response within the next 30 days."

11. The Requester submitted an administrative appeal for failure to respond to the FOIA Request under statutory rights accorded by 5 U.S.C. §552 on June 25, 2008, to the Associate General Counsel of the Department of Homeland Security. (*See* Exhibit 3, AFGE's FOIA administrative appeal) There has been no response to the administrative appeal.

12. As of the date of this complaint, which is over a year and six months after the first request, TSA has failed to produce the requested records within the statutory timeline, as required in 5 U.S.C. §552 (a)(6)(A)(i) and 5 U.S.C. § 552(a)(6)(B)(i).

13. TSA's failure to respond to AFGE's FOIA request within the time periods provided at 5 U.S.C. § 552 constitutes constructive exhaustion of its administrative remedies.

14. Accordingly, for the reasons set forth in paragraphs 6-13 above, Defendant TSA has improperly withheld records from the plaintiff in violation of 5 U.S.C. § 552.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

A. Order defendant to immediately disclose the requested records in their entirety and make copies available to plaintiff;

B. Award plaintiff its costs and reasonable attorney's fees incurred in this action as provided in 5 U.S.C. § 552 (a)(4)(E); and

C. Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Mark D. Roth (D.C. Bar No. 235473)
General Counsel

Charles A. Hobbie (D.C. Bar No. 283499)
Deputy General Counsel

*/Chad E. Harris (D.C. Bar No. 981412)
Staff Counsel
American Federation of Government Employees, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
harric@afge.org
(202) 639-6424

Attorneys for Plaintiff
*/Counsel of Record



AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

John Gage
National President

J. David Cox, Sr.
National Secretary-Treasurer

Andrea E. Brooks
National Vice President for
Women and Fair Practices

7u/TSA/00246774

April 8, 2008

Kevin J. Janet, FOIA Officer
Transportation Security Administration
Freedom of Information Act Office, TSA-20
11th Floor, East Tower
601 South 12th Street
Arlington, VA 22202-4220

Re: FOIA Request

Dear Mr. Janet:

This is a request for disclosure of copies of materials available from your agency, pursuant to the provisions of the Freedom of Information Act ("Act"), 5 U.S.C. §552, as amended. The American Federation of Government Employees ("AFGE"), herby requests the following information:

1. All information containing the Transportation Security Administration's ("TSA") salary rates and airport locations for Transportation Security Officers ("TSO") employed from the period of 2006 to the present.
2. TSA's operating procedures regarding promotions, pay determinations, and assignment of duties for TSOs during the period of 2006 to present.
3. The criteria used to determine promotions during the period of 2006 to present.
4. The criteria used to determine awards during the period of 2006 to present.
5. The criteria used to determine assignment of collateral duties during the period of 2006 to present.
6. The criteria used to develop the Performance and Accountability Standards System ("PASS").
7. The means and methods used to determine a score under PASS.
8. The means and methods used to determine a score on the Baggage and Passenger Standard Operating Procedures ("SOP") Quizzes.
9. Instructions, written guidance, and standards provided to persons responsible for administering PASS.
10. Instructions, written guidance, and standards provided to persons responsible for determining a score on the Baggage and Passenger SOP Quizzes.
11. TSA's EEOC MD 715, Federal Agency Annual EEO Program Status Reports, and all accompanying charts and tables for the years of 2006-2008.
12. TSA's EEOC Form 462, Annual Federal Equal Employment Opportunity Statistical Report of Discrimination Complaints, and all accompanying charts and tables for the years of 2006-2008.

80 F Street, N.W., Washington, DC 20001 • (202) 737-8700 • FAX (202) 639-649

EXHIBIT
1

13. Race, color, religion, sex, national origin, age, and disability status data for all TSOs employed by TSA from 2006 to the present by salary rate and airport location.
14. Race, color, religion, sex, national origin, age, and disability status for all TSOs who received a Role Model Of Excellence rating under PASS from 2006 to present by salary rate and airport location.
15. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received an Exceeds Standards rating under PASS from 2006 to present by salary rate and airport location.
16. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received a Achieves Standards rating under PASS from 2006 to present.
17. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received a Does Not Meet Standards rating under PASS from 2006 to present by salary rate and airport location.
18. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who were assigned collateral duties from 2006 to present by salary rate and airport location.
19. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received a bonus from 2006 to present by salary rate and airport location.
20. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received an award from 2006 to present by salary rate and airport location.
21. Disclose the aggregate and segregable pass/fail rate for TSOs under PASS by salary rate and airport location.
22. Disclose the aggregate and segregable pass/fail rate for TSOs under PASS by race, color, religion, sex, national origin, age, and disability status.
23. Describe all measures used to eliminate bias in the administration of PASS.

Under present regulations and case law pertaining to the Freedom of Information Act, AFGE believes that these documents are available to us and to other members of the public. They are not exempted from required disclosure under present interpretations of the Act, and it is believed that the Department of Justice would agree that the information must be released under the terms of the Freedom of Information Act. In responding to this request, you are requested not only to submit information in your personal possession, but any information as is subject to your custody, control, or is reasonably available to you, your agents, attorneys, investigators, supervisors, Assistant Federal Security Directors, Federal Security Directors, or Administrators. If any document requested is lost, missing, destroyed, or otherwise not available, you shall set forth the content of said document, identify the last custodian of the document, the date it was lost, missing, destroyed, or otherwise not available, the name of the person who ordered or authorized destruction, and state the reason for the destruction. Finally, each document provided shall be marked by the number of the request to which the document is responsive.

AFGE understands that according to 5 U.S.C. §552(b)(7)(C), records or information complied that could reasonably be expected to constitute an unwarranted invasion of personal privacy of third parties are exempt from the Act. Therefore, in order to avoid the exemption contained in §552(b)(7(C), AFGE respectfully requests that the portions of any documents containing names or identifying features of third parties that would compromise the third parties privacy be redacted.

In the event that you determine that some or any part of the requested information is exempt from disclosure, AFGE requests, pursuant to the Act, that you provide a detailed written statement of the reasons for the withholding. This written statement should include the exemption(s) you assert apply to the material you are not releasing. In addition, AFGE expects release of all reasonable segregable documents not exempt from disclosure.

AFGE is prepared to pay reasonable costs for locating and copying the requested information; however, it respectfully requests that you waive all costs incurred. If the waiver request is denied, please advise AFGE in advance if the estimated cost of providing the information exceeds $500.00.

AFGE is entitled to make this request under the Act; if your response is denied, not fully granted, or unsatisfactory, or we do not hear a response in twenty days we are prepared to make an administrative appeal. In all future correspondence please indicate to me the name of the official to whom such an appeal should be addressed.

Thank you for your assistance with this matter. If you have any questions regarding this FOIA Request, please contact Chad E. Harris, Staff Counsel. AFGE looks forward to your response within 20 days.

Sincerely,

Mark D. Roth

Mark D. Roth
General Counsel
Office of the General Counsel
AFGE, AFL-CIO
80 F Street, N.W.
Washington, DC 20001
(202) 639-6424 (Telephone Number)
(202) 639-6441 (Facsimile Number)

cc: Hugo Teufel, III, Chief Privacy Officer, Department to Homeland Security
Hon. Joseph I. Lieberman, Chair, Senate Homeland Security and Governmental Affairs Committee, U.S. Senate
Hon. Daniel K. Akaka, Chair, Subcommittee on Oversight of Government Management, the Federal Workforce, and the District of Columbia of the Senate Homeland Security and Governmental Affairs Committee, U.S. Senate
Hon. Bennie G. Thompson, Chair, House Homeland Security Committee, U.S. House of Representatives
Hon. Sheila Jackson Lee, Chair, Subcommittee on Transportation Security and Infrastructure Protection of the House Homeland Security Committee, U.S. House of Representatives
Sharon Pinnock, Director of Membership and Organization, AFGE



U.S. Department of Homeland Security
Freedom of Information Act Office
Arlington, VA 22202

Transportation
Security
Administration

May 15, 2008

TSA08-0506

Mr. Mark Roth
AFGE, AFL-CIO
80 F Street, NW
Washington, DC 20001

Dear Mr. Roth:

This is to inform you that on May 12, 2008, the Transportation Security Administration (TSA) Freedom of Information Act (FOIA) Office received your FOIA request dated April 8, 2008. Your request has been given identification number TSA08-0506. Please cite this number in any further Inquiry about this request.

I must advise you that depending upon the category of requester you fall in, fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication costs of $.10 per page. In accordance with 6 C.F.R. §5.3(c), if you make a FOIA request, it shall be a firm commitment by you to pay all applicable fees charged under § 5.11 up to $25.00. The combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Many requests do not require fees; however, if fees exceed $25.00, we will notify you beforehand.

TSA uses a multi-track system to process requests on a first-in, first-out basis. Simple requests are able to be answered more quickly and will be placed on the fast track of our multi-track processing. More complex requests generally require significant processing time. Although TSA's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. If your request involves a voluminous amount of records, requires that we collect records from separate offices, or requires that we consult with another agency, TSA will invoke the 10-day extension for your request.

If you would like to narrow the scope of your request, we may be able to respond more quickly. Please contact us if you wish to narrow your request or arrange for an alternative time period to complete the processing. We can be reached at the following toll free number (866) 364-2872.

Sincerely,

Kevin J. Janet
FOIA Officer
Freedom of Information Act Office
TSA Headquarters, TSA-20

EXHIBIT
tabbles
2




John Gage
National President

J. David Cox, Sr.
National Secretary-Treasurer

Andrea E. Brooks
National Vice President for
Women and Fair Practices

7u-TSA-00250444

Certified Mail Number 70080150000350392706

June 25, 2008

Associate General Counsel (General Law)
Department of Homeland Security
Washington, DC 20528

Re: Freedom of Information Act Appeal—Identification Number TSA08-0506

Dear Associate General Counsel:

Pursuant to 6 CFR §5.9, this is an appeal of a Freedom of Information ("FOI") Request dated April 8, 2008, sent by the General Counsel of the American Federation of Government Employees, AFL-CIO ("AFGE") to the Transportation Security Administration ("TSA").[1] In an acknowledgement letter dated May 15, 2008, from Kevin J. Janet, FOIA Officer, TSA assigned the FOI Request the identification number of TSA08-0506.[2]

On May 13, 2008, Chad Harris, Staff Counsel for AFGE received an electronic message[3] from Mr. Janet stating that "many of the records pertaining to performance standards are currently being reviewed for release and we should be able to get statistical information (items 13-23) compiled shortly... [f]eel free to contact me regarding this request. I should have a better sense of the retrievability of some of this data by weeks end." On May 16, 2008, in response to this message, Mr. Harris attempted to reach Mr. Janet by both electronic message[4] and telephone message. Mr. Harris never received a response. On May 27, 2008, Mr. Harris left another telephone message for Mr. Janet to call him regarding the FOI Request. On June 4, 2008, Mr. Harris sent Mr. Janet another electronic message[5] requesting that Mr. Janet advise him of the status of the FOI request.

As of this date, June 25, 2008, neither Mr. Harris nor I have received any correspondence or communication from Mr. Janet regarding the status of the FOI request. We have provided TSA with more than an appropriate time period to comply with the request. According to 5 U.S.C. §552 (a)(6)(A)(i), TSA is required to make a determination within 20 days and shall notify the person making the request.

---

[1] A copy of the FOI Request is attached as Exhibit 1.
[2] A copy of TSA's acknowledgment letter is attached as Exhibit 2.
[3] A copy of the May 13, 2008 electronic message is attached as Exhibit 3.
[4] A copy of the electronic message and read receipt are attached as Exhibit 4.
[5] A copy of the electronic message is attached as Exhibit 5.

80 F Street, N.W., Washington, DC 20001 • (202) 737-8700 • FAX (202) 639-6490 •

EXHIBIT 3

Furthermore, 5 U.S.C. § 552(a)(6)(B)(i) provides that in unusual circumstances an extension of no more than ten working days may be instituted. Although TSA never formally requested an extension, the current date is past the extension date of June 23, 2008.

AFGE requests that TSA comply with the FOI Request. If we do not receive the information within five working days from receipt of this letter, we will assume that our request is denied.

We would prefer to resolve this request without seeking review by a federal district court; however, TSA's unresponsiveness may force us to file a lawsuit. If there is anyway we can be of assistance with processing this request, please contact Chad Harris, Staff Counsel, at 202-639-6424. Once again, we would like to resolve this matter as quickly and efficiently as possible.

Sincerely,

Mark D. Roth
General Counsel
Office of the General Counsel

cc: Sharon Pinnock, Director of Membership and Organization, AFGE

# AMERICAN FEDERATION OF GOVERNMENT EMPLOY

John Gage
National President

J. David Cox, Sr.
National Secretary-Treasurer

Andre
National Vice President for
Women and Fair Practices

April 8, 2008

TSA 0246774

Kevin J. Janet, FOIA Officer
Transportation Security Administration
Freedom of Information Act Office, TSA-20
11th Floor, East Tower
601 South 12th Street
Arlington, VA 22202-4220

Re: FOIA Request

Dear Mr. Janet:

This is a request for disclosure of copies of materials available from your agency, pursuant to the provisions of the Freedom of Information Act ("Act"), 5 U.S.C. §552, as amended. The American Federation of Government Employees ("AFGE"), herby requests the following information:

1. All information containing the Transportation Security Administration's ("TSA") salary rates and airport locations for Transportation Security Officers ("TSO") employed from the period of 2006 to the present.
2. TSA's operating procedures regarding promotions, pay determinations, and assignment of duties for TSOs during the period of 2006 to present.
3. The criteria used to determine promotions during the period of 2006 to present.
4. The criteria used to determine awards during the period of 2006 to present.
5. The criteria used to determine assignment of collateral duties during the period of 2006 to present.
6. The criteria used to develop the Performance and Accountability Standards System ("PASS").
7. The means and methods used to determine a score under PASS.
8. The means and methods used to determine a score on the Baggage and Passenger Standard Operating Procedures ("SOP") Quizzes.
9. Instructions, written guidance, and standards provided to persons responsible for administering PASS.
10. Instructions, written guidance, and standards provided to persons responsible for determining a score on the Baggage and Passenger SOP Quizzes.
11. TSA's EEOC MD 715, Federal Agency Annual EEO Program Status Reports, and all accompanying charts and tables for the years of 2006-2008.
12. TSA's EEOC Form 462, Annual Federal Equal Employment Opportunity Statistical Report of Discrimination Complaints, and all accompanying charts and tables for the years of 2006-2008.

13. Race, color, religion, sex, national origin, age, and disability status data for all TSOs employed by TSA from 2006 to the present by salary rate and airport location.
14. Race, color, religion, sex, national origin, age, and disability status for all TSOs who received a Role Model Of Excellence rating under PASS from 2006 to present by salary rate and airport location.
15. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received an Exceeds Standards rating under PASS from 2006 to present by salary rate and airport location.
16. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received a Achieves Standards rating under PASS from 2006 to present.
17. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received a Does Not Meet Standards rating under PASS from 2006 to present by salary rate and airport location.
18. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who were assigned collateral duties from 2006 to present by salary rate and airport location.
19. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received a bonus from 2006 to present by salary rate and airport location.
20. Race, color, religion, sex, national origin, age, and disability status data for all TSOs who received an award from 2006 to present by salary rate and airport location.
21. Disclose the aggregate and segregable pass/fail rate for TSOs under PASS by salary rate and airport location.
22. Disclose the aggregate and segregable pass/fail rate for TSOs under PASS by race, color, religion, sex, national origin, age, and disability status.
23. Describe all measures used to eliminate bias in the administration of PASS.

Under present regulations and case law pertaining to the Freedom of Information Act, AFGE believes that these documents are available to us and to other members of the public. They are not exempted from required disclosure under present interpretations of the Act, and it is believed that the Department of Justice would agree that the information must be released under the terms of the Freedom of Information Act. In responding to this request, you are requested not only to submit information in your personal possession, but any information as is subject to your custody, control, or is reasonably available to you, your agents, attorneys, investigators, supervisors, Assistant Federal Security Directors, Federal Security Directors, or Administrators. If any document requested is lost, missing, destroyed, or otherwise not available, you shall set forth the content of said document, identify the last custodian of the document, the date it was lost, missing, destroyed, or otherwise not available, the name of the person who ordered or authorized destruction, and state the reason for the destruction. Finally, each document provided shall be marked by the number of the request to which the document is responsive.

AFGE understands that according to 5 U.S.C. §552(b)(7)(C), records or information complied that could reasonably be expected to constitute an unwarranted invasion of personal privacy of third parties are exempt from the Act. Therefore, in order to avoid the exemption contained in §552(b)(7(C), AFGE respectfully requests that the portions of any documents containing names or identifying features of third parties that would compromise the third parties privacy be redacted.

In the event that you determine that some or any part of the requested information is exempt from disclosure, AFGE requests, pursuant to the Act, that you provide a detailed written statement of the reasons for the withholding. This written statement should include the exemption(s) you assert apply to the material you are not releasing. In addition, AFGE expects release of all reasonable segregable documents not exempt from disclosure.

AFGE is prepared to pay reasonable costs for locating and copying the requested information; however, it respectfully requests that you waive all costs incurred. If the waiver request is denied, please advise AFGE in advance if the estimated cost of providing the information exceeds $500.00.

AFGE is entitled to make this request under the Act; if your response is denied, not fully granted, or unsatisfactory, or we do not hear a response in twenty days we are prepared to make an administrative appeal. In all future correspondence please indicate to me the name of the official to whom such an appeal should be addressed.

Thank you for your assistance with this matter. If you have any questions regarding this FOIA Request, please contact Chad E. Harris, Staff Counsel. AFGE looks forward to your response within 20 days.

Sincerely,

Mark D. Roth
General Counsel
Office of the General Counsel
AFGE, AFL-CIO
80 F Street, N.W.
Washington, DC 20001
(202) 639-6424 (Telephone Number)
(202) 639-6441 (Facsimile Number)

cc: Hugo Teufel, III, Chief Privacy Officer, Department to Homeland Security
Hon. Joseph I. Lieberman, Chair, Senate Homeland Security and Governmental Affairs Committee, U.S. Senate
Hon. Daniel K. Akaka, Chair, Subcommittee on Oversight of Government Management, the Federal Workforce, and the District of Columbia of the Senate Homeland Security and Governmental Affairs Committee, U.S. Senate
Hon. Bennie G. Thompson, Chair, House Homeland Security Committee, U.S. House of Representatives
Hon. Sheila Jackson Lee, Chair, Subcommittee on Transportation Security and Infrastructure Protection of the House Homeland Security Committee, U.S. House of Representatives
Sharon Pinnock, Director of Membership and Organization, AFGE




EXHIBIT
II

Transportation
Security
Administration

May 15, 2008

TSA08-0506

Mr. Mark Roth
AFGE, AFL-CIO
80 F Street, NW
Washington, DC 20001

Dear Mr. Roth:

This is to inform you that on May 12, 2008, the Transportation Security Administration (TSA) Freedom of Information Act (FOIA) Office received your FOIA request dated April 8, 2008. Your request has been given identification number TSA08-0506. Please cite this number in any further Inquiry about this request.

I must advise you that depending upon the category of requester you fall in, fees may be charged for searching for records sought at the respective clerical, professional, and or managerial rates of $4.00 $7.00 $10.25 per quarter hour, and for duplication costs of $.10 per page. In accordance with 6 C.F.R. §5.3(c), if you make a FOIA request, it shall be a firm commitment by you to pay all applicable fees charged under § 5.11 up to $25.00. The combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Many requests do not require fees; however, if fees exceed $25.00, we will notify you beforehand.

TSA uses a multi-track system to process requests on a first-in, first-out basis. Simple requests are able to be answered more quickly and will be placed on the fast track of our multi-track processing. More complex requests generally require significant processing time. Although TSA's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. If your request involves a voluminous amount of records, requires that we collect records from separate offices, or requires that we consult with another agency, TSA will invoke the 10-day extension for your request.

If you would like to narrow the scope of your request, we may be able to respond more quickly. Please contact us if you wish to narrow your request or arrange for an alternative time period to complete the processing. We can be reached at the following toll free number (866) 364-2872.

Sincerely,

Kevin J. Janet
FOIA Officer
Freedom of Information Act Office
TSA Headquarters, TSA-20

EXHIBIT

III

**Chad Harris**

**From:** Janet, Kevin <TSA FOIA> [Kevin.Janet@dhs.gov]
**Sent:** Tuesday, May 13, 2008 1:59 PM
**To:** Chad Harris
**Subject:** FOIA Request to TSA

Chad, the Transportation Security Administration (TSA) is in receipt of Mark D. Roth's Freedom of Information Request, dated April 8, 2008 regarding Transportation Security Officer (TSO) salary rates, performance measures and related materials. I am sending a formal acknowledgment letter today. I just wanted to give you a heads-up on our progress. Many of the records pertaining to performance standards are currently being reviewed for release and we should be able to get statistical information (items 13-23) compiled shortly. While our performance data on TSOs is retrievable, some of this information may not be available (religion comes to mind) as it is unlikely we collect that. Our office of Human Capital is compiling data. Feel free to contact me regarding this request. I should have a better sense of the retrievability of some of this data by weeks end. Thank you.

EXHIBIT

IV

**Chad Harris**

**From:** Chad Harris
**Sent:** Friday, May 16, 2008 9:45 AM
**To:** Janet, Kevin <TSA FOIA>
**Cc:** Mark Roth; Sharon Pinnock
**Subject:** RE: FOIA Request to TSA

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Janet, Kevin <TSA FOIA> | | |
| Mark Roth | Delivered: 5/16/2008 9:45 AM | Read: 5/16/2008 10:55 AM |
| Sharon Pinnock | Delivered: 5/16/2008 9:45 AM | Read: 5/16/2008 10:01 AM |

Mr. Janet,

Thank you for sending me an email about AFGE's FOI Request. We look forward to receiving the formal acknowledgement letter and the data requested. If there is anyway I may be of assistance in processing the request, please let me know. My telephone number is 202-639-6424. I will contact you later today to ascertain the status of the request.

Sincerely,

Chad E. Harris, Esq.
Staff Counsel
Office of the General Counsel
American Federation of Government Employees, AFL-CIO
Telephone: 202.639.6424
Fax: 202.639.6441

This electronic message transmission may contain confidential and privileged attorney-client information and/or attorney work product. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, preservation, copying, reading, printing or use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please resend this communication to the sender and delete all copies of the message from your computer system.

**From:** Janet, Kevin <TSA FOIA> [mailto:Kevin.Janet@dhs.gov]
**Sent:** Tuesday, May 13, 2008 1:59 PM
**To:** Chad Harris
**Subject:** FOIA Request to TSA

Chad, the Transportation Security Administration (TSA)is in receipt of Mark D. Roth's Freedom of Information Request, dated April 8, 2008 regarding Transportation Security Officer (TSO) salary rates, performance measures and related materials. I am sending a formal acknowledgment letter today. I just wanted to give you a heads-up on our progress. Many of the records pertaining to performance standards are currently being reviewed for release and we should be able to get statistical information (items 13-23) compiled shortly. While our performance data on TSOs is retrievable, some of this information may not be available (religion comes to mind) as it is unlikely we collect that. Our office of Human Capital is compiling data. Feel free to contact me regarding this request. I should have a better sense of the retrievability of some of this data by weeks end. Thank you.

**Chad Harris**

**From:** Janet, Kevin <TSA FOIA> [Kevin.Janet@dhs.gov]
**To:** Chad Harris
**Sent:** Friday, May 16, 2008 9:48 AM
**Subject:** Read: RE: FOIA Request to TSA

Your message was read on Friday, May 16, 2008 9:47:50 AM (GMT-05:00) Eastern Time (US & Canada).

EXHIBIT

V

**Chad Harris**

**From:** Chad Harris
**Sent:** Wednesday, June 04, 2008 3:08 PM
**To:** 'Janet, Kevin <TSA FOIA>'
**Cc:** Mark Roth; Sharon Pinnock
**Subject:** RE: FOIA Request to TSA

Mr. Janet,

Thank you for your assistance with AFGE's FOI Request. We have received TSA's formal acknowledgement letter, but we have yet to receive any information from the agency. I have attempted to reach you telephonically, but I have never received a return telephone call. Would you please advise me of the current status of the FOI Request? My telephone number is 202-639-6424.

Thank you,

Chad E. Harris, Esq.
Staff Counsel
Office of the General Counsel
American Federation of Government Employees, AFL-CIO
Telephone: 202.639.6424
Fax: 202.639.6441

This electronic message transmission may contain confidential and privileged attorney-client information and/or attorney work product. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, preservation, copying, reading, printing or use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please resend this communication to the sender and delete all copies of the message from your computer system.

**From:** Chad Harris
**Sent:** Friday, May 16, 2008 9:45 AM
**To:** Janet, Kevin <TSA FOIA>
**Cc:** Mark Roth; Sharon Pinnock
**Subject:** RE: FOIA Request to TSA

Mr. Janet,

Thank you for sending me an email about AFGE's FOI Request. We look forward to receiving the formal acknowledgement letter and the data requested. If there is anyway I may be of assistance in processing the request, please let me know. My telephone number is 202-639-6424. I will contact you later today to ascertain the status of the request.

Sincerely,

Chad E. Harris, Esq.
Staff Counsel
Office of the General Counsel
American Federation of Government Employees, AFL-CIO
Telephone: 202.639.6424
Fax: 202.639.6441

This electronic message transmission may contain confidential and privileged attorney-client information and/or attorney work product. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, preservation, copying, reading,

printing or use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please resend this communication to the sender and delete all copies of the message from your computer system.

**From:** Janet, Kevin <TSA FOIA> [mailto:Kevin.Janet@dhs.gov]
**Sent:** Tuesday, May 13, 2008 1:59 PM
**To:** Chad Harris
**Subject:** FOIA Request to TSA

Chad, the Transportation Security Administration (TSA)is in receipt of Mark D. Roth's Freedom of Information Request, dated April 8, 2008 regarding Transportation Security Officer (TSO) salary rates, performance measures and related materials. I am sending a formal acknowledgment letter today, I just wanted to give you a heads-up on our progress. Many of the records pertaining to performance standards are currently being reviewed for release and we should be able to get statistical information (items 13-23) compiled shortly. While our performance data on TSOs is retrievable, some of this information may not be available (religion comes to mind) as it is unlikely we collect that. Our office of Human Capital is compiling data. Feel free to contact me regarding this request. I should have a better sense of the retrievability of some of this data by weeks end. Thank you.