## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FEDERATION OF** ) <br> **GOVERNMENT EMPLOYEES, AFL-CIO** ) <br> **80 F Street, N.W.** ) <br> **Washington, D.C. 20001** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **TRANSPORTATION SECURITY** ) <br> **ADMINISTRATION** ) <br> **601 South 12th Street** ) <br> **Arlington, VA 22202-4220** ) <br> ) <br> **Defendant.** ) <br> ) | **Civil Action No. 1:09-cv-01954 (GK)** |

### JOINT STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff, American Federation of Government Employees, AFL-CIO ("AFGE"), and Defendant, Transportation Security Administration, by their undersigned counsel, in order to settle Plaintiff's claims in this Freedom of Information Act ("FOIA") action, hereby stipulate and agree as follows:

1.      Defendant shall pay counsel for Plaintiff the sum of Six Thousand Five Hundred Dollars ($6,500.00) for attorney's fees and costs. Plaintiff agrees payment of this sum shall constitute full and final settlement and satisfaction of all claims by Plaintiff for fees, costs, and expenses of every kind in this action, including those that have already been incurred or expended, and any which may in the future be incurred or expended regarding this action, except to the extent that further proceedings are necessary to resolve a claim of non-compliance with the terms of this Joint Stipulation of Settlement and Voluntary Dismissal ("Joint Stipulation").

2.      Within ten days after filing this Joint Stipulation, The Defendant shall submit and process the necessary request and documentation to the appropriate Agency component(s) to initiate payment to Plaintiff's counsel as described in Paragraph No 1.

3.      The cause of action raised in this action is hereby dismissed with prejudice, except that the

1

Court shall retain jurisdiction to resolve a claim of non-compliance, if any, with the terms of this Joint Stipulation.

4.      By this Joint Stipulation, Plaintiff waives, releases, and abandons any and all claims, whether asserted or not asserted against Defendant that arose from the April 8, 2008, FOIA request that formed the basis of Plaintiff's complaint up to and including the date of this Joint Stipulation.

5.      Undersigned counsel represent that they are authorized by their respective clients to sign this Joint Stipulation.  Plaintiff agrees not to institute any other actions, charges, complaints, appeals, or other proceedings against Defendant or any of Defendant's past or present employees, officers, agents, or representatives concerning any matter encompassed by the waiver and release of claims set forth herein.

6.      Execution of this Joint Stipulation shall not constitute a finding by the Court or an admission by the Defendant that it improperly withheld any information sought under the FOIA as alleged in the Complaint or otherwise, or that there was any wrongful conduct whatsoever.

7.     The parties understand that this Joint Stipulation contains the entire agreement between Plaintiff and Defendant. No promise or inducement has been made, except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and Defendant, or their respective counsel, not included herein shall be of any force or effect.


Respectfully submitted,


_____/s/_____
MARK D. ROTH
General Counsel
D.C. Bar No. 235473

RONALD C. MACHEN JR.
D.C. Bar No. 447889
United States Attorney


_____/s/_____
CHARLES A. HOBBIE
D.C. Bar No. 283499
Deputy General Counsel

RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
CHAD E. HARRIS
D.C. Bar No. 981412
American Federation of Government Employees
80 F Street, N.W.
Washington, DC 20001-1528
(202) 639-6424
harric@afge.org

_____/s/_____
RHONDA L. CAMPBELL,
D.C. Bar No. 462402
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-9519
Rhonda.campbell@usdoj.gov

*Attorneys for Plaintiff*

*Attorneys for Defendant*


**SO ORDERED on this 12th day of July, 2010**

_____
**JUDGE GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**